UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CEDRIC SPEARS (#352089)                    CIVIL ACTION

VERSUS

DEPARTMENT OF CORRECTIONS, ET AL.     NO.:15-00345-BAJ-RLB

RULING AND ORDER

On October 23, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Cedric Spears's ("Plaintiff") Complaint (Doc. 1) be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 5).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 21 at p. 1). No objection was filed by the Plaintiff.[1]

---

[1] The Court notes that the Report and Recommendation was sent to Plaintiff at the address of record in this matter, as well as to the Plaintiff's address of record in 15-cv-00495-SDD-RLB. (*See* Doc. 5 at 1 n.1). On October 11, 2015, Plaintiff provided a notice of change of address in 15-cv-00495-SDD-RLB, but did not provide a notice in the above captioned matter. Accordingly, the Court instructed the Clerk of Court to send the Report and Recommendation to both addresses. As of the date of the issuance of this Order, Plaintiff has not informed the Court of a new address and the Report and Recommendation was not returned undeliverable from the two known address.

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 20th day of November, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA